TROY S. KIENTZ et al., Respondents, v STATE OF NEW YORK, Appellant. (Claim No. 111676.) [53 NYS3d 869]—Appeal from a judgment of the Court of Claims (Michael E. Hudson, J.), entered February 25, 2016. The interlocutory judgment apportioned liability 60% to defendant and 40% to claimant Troy S. Kientz.

It is hereby ordered that the judgment so appealed from is

unanimously affirmed without costs for reasons stated in the decision at the Court of Claims (2016 NY Slip Op 51887[U]). Present—Whalen, P.J., Peradotto, DeJoseph, Curran and Winslow, JJ.